**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHELLE GOODWIN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 21-755** |
| | : | |
| **THE UNIVERSITY OF** | : | |
| **PENNSYLVANIA** | : | |

# ORDER

    **AND NOW,** this 20th day of November 2023, upon considering Defendant's Motion for summary judgment (ECF No. 33), Plaintiff's Opposition (ECF No. 35), Defendant's Reply (ECF No. 41), and for reasons in today's accompanying Memorandum confirming we find no genuine issue of material fact and judgment is warranted as a matter of law because Plaintiff has not established a *prima facie* case or, even if she has, has not adduced evidence of pretext sufficient to overcome Defendant's legitimate business reason for terminating her employment, it is **ORDERED** Defendant's Motion for summary judgment (ECF No. 33) is **GRANTED** and the Clerk of Court shall **CLOSE** this case.

                                         _____
                                         **KEARNEY, J.**