UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-3211
_____

MICHELLE GOODWIN,
                Appellant

v.

UNIVERSITY OF PENNSYLVANIA

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-21-cv-00755)
District Judge: Honorable Mark A. Kearney

_____

Submitted Under Third Circuit LAR 34.1(a)
October 28, 2024

Before: HARDIMAN, PHIPPS, and FREEMAN, *Circuit Judges.*

_____

JUDGMENT

_____

This cause came on to be considered on the record from the United States District

Court for the Eastern District of Pennsylvania and was submitted on October 28, 2024.

On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered November 20, 2023, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

Costs shall be taxed against Appellant.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: November 5, 2024

Certified as a true copy and issued in lieu of a formal mandate on December 11, 2024

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit